IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRAYLON PICKENS,                  §
# 25012584,                       §
              Plaintiff,          §
                                  §
v.                                §     No. 3:25-CV-1946-D
                                  §
RICHARDSON POLICE DEP.,           §
              Defendant.          §

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, this action is dismissed without prejudice by separate judgment.

The court prospectively certifies that any appeal of this action would not be taken in good faith. FED. R. APP. P. 24(a)(3).   In support of this certification, the court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).  Based on the findings and recommendation, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam). If plaintiff appeals, he may challenge

this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit.  *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

**SO ORDERED**.

May 18, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE